**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. CAMPO, SB# 150035
   E-Mail: campo@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*ORDER E-FILED 06/06/2006*

Attorneys for Defendants, AMERICAN MUTUAL FINANCIAL SERVICES, JOHNNY HWANG, ASHISH OBEROI, IMRAN NASIR; ANDREW MICHAEL OLDHAM, AND ANITA SIU YEE CHEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUIZ; GEORGINA RUIZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>DECISION ONE MORTGAGE COMPANY, LLC; AMERICAN MUTUAL FINANCIAL SERVICES, JOHNNY HWANG ASHISH OBEROI, IMRAN NASIR; ANDREW MICHAEL OLDHAM, AND ANITA SIU YEE CHEUNG,<br><br>  Defendants. | CASE NO. C06-02530 HRL<br><br>STIPULATION TO VACATE DEFAULT AND ORDER THEREON |

IT IS HEREBY stipulated between the parties, through their respective counsel, that defaults entered against defendants American Mutual Financial Services, Johnny Hwang, Ashish Oberoi, Imran Nasir; Andrew Michael Oldham, and Anita Siu Yee Cheung be vacated and that defendants file and serve an Answer to the Complaint on or before June 5, 2006.

/ / /

/ / /

/ / /

/ / /

4840-9791-9233.1

-1-

STIPULATION TO VACATE DEFAULT

| | | |
|---|---|---|
| 1 | DATED: ~~May~~ June 2, 2006 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By _/s/ Joseph Campo_____ |
| 4 | | Joseph C. Campo |
|   | | Attorneys for Defendants, AMERICAN |
| 5 | | MUTUAL FINANCIAL SERVICES, |
|   | | JOHNNY HWANG ASHISH OBEROI, |
| 6 | | IMRAN NASIR; ANDREW MICHAEL OLDHAM, AND ANITA SIU YEE CHEUNG |
| 7 | | |
| 8 | Dated: May ___, 2006 | FAIR HOUSING LAW PROJECT |
| 9 | | |
| 10 | | By_____ |
|    | | Stephanie Stevens |
| 11 | | Attorney for Plaintiffs, JOSE RUIZ and GEORGINA RUIZ |

4840-9791-9233.1

-2-

STIPULATION TO VACATE DEFAULT

| | | |
|---|---|---|
| 1 | DATED: May ___, 2006 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Joseph C. Campo |
| 5 | | Attorneys for Defendants, AMERICAN MUTUAL FINANCIAL SERVICES, JOHNNY HWANG ASHISH OBEROI, IMRAN NASIR; ANDREW MICHAEL OLDHAM, AND ANITA SIU YEE CHEUNG |
| 6 | | |
| 7 | Dated: ~~May~~ June 1, 2006 | FAIR HOUSING LAW PROJECT |
| 8 | | |
| 9 | | By _[signature]_ |
| 10 | | Stephanie Stevens |
| 11 | | Attorney for Plaintiffs, JOSE RUIZ and GEORGINA RUIZ |

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4840-9791-9233.1

-2-
STIPULATION TO VACATE DEFAULT

## ORDER

Good cause appearing, it is so Ordered.

DATED: June __6__, 2006

_____
United States ~~District Court~~ Judge
Magistrate
HOWARD R. LLOYD

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4840-9791-9233.1

-3-
STIPULATION TO VACATE DEFAULT