**United States District Court**
For the Northern District of California

***E-FILED: 7.12.2007***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSE RUIZ and GEORGINA RUIZ,

    Plaintiffs,

    v.

DECISION ONE MORTGAGE COMPANY, LLC; AMERICAN MUTUAL FINANCIAL SERVICES; JOHNNY HWANG; ASHISH OBEROI; IMRAN NASIR; ANDREW MICHAEL OLDHAM; ANITA SIU YEE CHEUNG,

    Defendants.

No. C06-02530 HRL

**ORDER CONTINUING SHOW CAUSE HEARING RE SETTLEMENT**

Based upon plaintiffs' July 9, 2007 status report, the deadlines set by this court's May 16, 2007 Order to Show Cause re Settlement are extended as follows:

**On or before August 17, 2007**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **August 28, 2007, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than August 21, 2007**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time,

if any, is requested to finalize the settlement and file the dismissal.

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

Dated: July 12, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:06-cv-2530 Notice will be electronically mailed to**:

2 Kerstin Arusha kerstina@lawfoundation.org

3 Joseph C. Campo campo@lbbslaw.com

4 Sharon Cohen Collier scollier@archernorris.com,

5 William J. Goines goinesw@gtlaw.com, sandiferc@gtlaw.com

6 Karen Rosenthal rosenthalk@gtlaw.com

7 Stephanie Sidra Alexandre Stevens stephanies@lawfoundation.org

8 Douglas C. Straus dstraus@archernorris.com

9 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.