**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH C. CAMPO, SB# 150035
 E-Mail: campo@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*ORDER E-FILED 10/15/2007*

Attorneys for Defendants, AMERICAN MUTUAL
FINANCIAL SERVICES, JOHNNY HWANG,
ASHISH OBEROI, IMRAN NASIR,
ANDREW MICHALE OLDHAM,
AND ANITA SIU YEE CHEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RUIZ; GEORGINA RUIZ,<br><br>Plaintiffs,<br><br>v.<br><br>DECISION ONE MORTGAGE COMPANY, LLC; AMERICAN MUTUAL FINANCIAL SERVICES, JOHNNY HWANG ASHISH OBEROI, IMRAN NASIR; ANDREW MICHAEL OLDHAM, AND ANITA SIU YEE CHEUNG,<br><br>Defendants. | CASE NO. C06-02530 HRL<br><br>[PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT THE ORDER TO SHOW CAUSE HEARING<br><br>Date: October 16, 2007<br>Time: 10:00 a.m.<br>Dept: Room 2 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

GOOD CAUSE BEING SHOWN IT IS HEREBY ORDERED THAT DEFENDANTS, AMERICAN MUTUAL FINANCIAL SERVICES, JOHNNY HWANG, ASHISH OBEROI, IMRAN NASIR, ANDREW MICHALE OLDHAM, AND ANITA SIU YEE CHEUNG shall be and hereby are permitted to attend by telephone at the Order to Show Cause Hearing on October 16, 2007 at 10:00 a.m.

DATED: October __15__, 2007

By: _____
Hon. Howard R. Lloyd
U.S. Magistrate Judge

4833-2157-4657.1

-1-

[PROPOSED] ORDER