KERSTIN ARUSHA (STATE BAR NO. 182624)
**LAW FOUNDATION OF SILICON VALLEY**
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 293-4790
Facsimile: (408) 293-0106
Email: kertina@lawfoundation.org

WILLIAMS J. GOINES (STATE BAR NO. 61290)
KAREN ROSENTHAL (STATE BAR NO. 209419)
CINDY HAMILTON (STATE BAR NO. 217951)
**GREENBERG TRAURIG LLP**
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: goinesw@gtlaw.com
        rosenthalk@gtlaw.com
        hamiltonc@gtlaw.com

Attorneys for Plaintiffs

**\*ORDER E-FILED 11/5/07\***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| **JOSE RUIZ; GEORGINA RUIZ,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DECISION ONE MORTGAGE COMPANY, LLC; AMERICAN MUTUAL FINANCIAL SERVICES; JOHNNY HWANG; ASHISH OBEROI; IMRAN NASIR; ANDREW MICHAEL OLDHAM; ANITA SIU YEE CHEUNG,**<br><br>**Defendants.** | Case No. C06-02530 HRL<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY AT FURTHER STATUS CONFERENCE**<br><br>Date: November 6, 2007<br>Time: 10:00 a.m.<br>Courtroom: 2 |

-1-

REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER STATUS CONFERENCE

SV 346233652v1

1  Plaintiffs Jose Ruiz and Georgina Ruiz hereby request that their counsel be permitted
2  to attend the Further Status Conference telephonically, which is scheduled for November 6,
3  2007 at 10:00 a.m.

Dated: November 5, 2007                    GREENBERG TAURIG, LLP


 /s/ Cindy Hamilton
CINDY HAMILTON
Attorneys for Plaintiffs JOSE and
GEORGINA RUIZ

**ORDER**

No good cause appearing, plaintiffs' request is denied.

Dated:   November 5, 2007

IT IS SO ORDERED

Judge Howard R. Lloyd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA